# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

139303 & (20)(21)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

IN RE MARK A. CHABAN
_____

MARK A. CHABAN,
            Plaintiff-Appellant,

v

35TH DISTRICT COURT JUDGE,
WAYNE CIRCUIT COURT JUDGE,
STATE COURT ADMINISTRATIVE OFFICE,
and GREGORY J. SAFFADY,
            Defendants-Appellees.

_____/

SC: 139303
COA: 292827
Wayne CC: 09-004157-AV;
09-005376-AV
35th DC: 08-C-0988-GC

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay the orders of the Wayne Circuit Court is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
                            Clerk

p0831